ABRAHAM RATNER, Respondent, v. HARRIS H. URIS IRON WORKS, INC., Appellant.— Order modified by striking out from the first and second directory paragraphs thereof the words " and all other books, records and papers," and by striking out from the fourth directory paragraph thereof the words " of the entire records or any portion thereof," and inserting in place thereof the words " of such papers as to which this order permits inspection; " and as so modified affirmed,

without costs. The inspection to commence on the tenth day after service of order and to continue as provided in the order appealed from. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CHARLOTTE D. STEELE, Respondent, v. YELLOW TAXI CORPORATION, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.